William D. Hyslop
Eastern District of Washington
David M. Herzog
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00275-JTR |
| Plaintiff, | Motion for Detention |
| v. | |
| MICHAEL THOMAS MATTERN, | |
| Defendant. | |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>.  This case is eligible for a detention order because the case involves (check one or more):

☐  Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 77, 109A, 110 and 117);

☐  Maximum penalty of life imprisonment or death;

☒  Drug offense with maximum penalty of 10 years or more;

☐  Felony, with two prior convictions in above categories;

Motion for Detention- 1

☐    Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device as those terms are defined in 18 U.S.C. § 921, or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☒    Serious risk Defendant will flee; or

☐    Serious risk obstruction of justice.

2.    <u>Reason for Detention</u>.  The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

☒    Defendant's appearance as required; or

☒    Safety of any other person and the community.

3.    <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e).  The presumption applies because there is probable cause to believe Defendant committed:

☒    Drug offense with maximum penalty of 10 years or more;

☐    An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

☐    An offense under 18 U.S.C. §§ 2332b (g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

Motion for Detention- 2

☐ An offense under chapter 77 of Title 18, United States Code, for which a maximum term of imprisonment of 20 years or more is prescribed;

☐ An offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425;

☐ Other Circumstance as defined in 18 U.S.C. § 3142(e)(2).

4. <u>Time for Detention Hearing</u>. The United States requests the Court conduct the detention hearing:

☒ At the first appearance, or

☐ After a continuance of three days.

5. Other Matters.

Dated: July 20, 2020.

William D. Hyslop
United States Attorney

*s/ David M. Herzog*
David M. Herzog
Assistant United States Attorney

Motion for Detention- 3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

*s/ David M. Herzog*
David M. Herzog
Assistant United States Attorney
