FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-MJ-00275-JTR-1 |
| Plaintiff, | ORDER FOLLOWING INITIAL APPEARANCE |
| v. | |
| MICHAEL THOMAS MATTERN, | |
| Defendant. | |

At Defendant's July 20, 2020, initial appearance based on a Criminal Complaint, Defendant appeared via video while in custody at the Spokane County Jail. Assistant Federal Defender Amy Rubin represented the Defendant and appeared by video at a different location. Assistant U.S. Attorney David Herzog represented the United States and appeared by video at a separate location. United States Probation Officer Shawn Kennicutt was present telephonically. At the time of the hearing, Defendant consented to proceeding by video teleconference.

Defendant was advised of, and acknowledged, his rights.

The **preliminary and detention hearings are set for <u>July 21, 2020 at 1:30 p.m.</u>** by videoconference before the undersigned. **Hearing content provided via videoconference or teleconference dial-in access MUST NOT be recorded or rebroadcast. IT IS ORDERED** pending the hearings, Defendant shall be detained in the custody of the United States Marshal and produced for the hearings or until further order of the Court.

ORDER - 1

U.S. Probation Office personnel shall prepare a Pretrial Services Report prior to the detention hearing and shall notify defense counsel prior to interviewing Defendant.

A **status hearing is set for <u>August 5, 2020, at 1:30 p.m.,</u>** before the undersigned.

**IT IS SO ORDERED.**

DATED July 20, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2